# In the United States Court of Federal Claims

No. 20-1601C

(E-Filed: April 30, 2021)

|  |  |
|---|---|
| DEAN ARIA EDWARDS, | ) |
|  | ) |
| Plaintiff, | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
|  | ) |
| Defendant. | ) |

### ORDER

On April 22, 2021, the court issued a show cause order directing plaintiff to respond by April 29, 2021, indicating why this case should not be dismissed for failure to respond to defendant's motion to dismiss. See ECF No. 33. In addition, the show cause order gave notice that should plaintiff fail to meet this deadline, the case would be dismissed with prejudice for failure to prosecute pursuant to Rule 41 of the Rules of the United States Court of Federal Claims (RCFC). See id. at 1.

To date, plaintiff has not responded to the show cause order or filed a response to defendant's motion to dismiss. Accordingly, because plaintiff has failed to comply with the court's show cause order, the clerk's office is directed to **ENTER** final judgment **DIMISSING** plaintiff's complaint with prejudice for failure to prosecute pursuant to RCFC 41.

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Judge